IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

FILED IN DISTRICT COURT
OKLAHOMA COUNTY
OCT - 6 2020
RICK WARREN
COURT CLERK
37_____

| | |
|---|---|
| SEAN ARVELO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CJ-2020-4308 |
| | ) |
| ELLIOTT ELECTRIC SUPPLY, INC., | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL

TO: The above named Plaintiff, and Plaintiff's attorneys of record:

Sean Arvelo
c/o D. Colby Addison and Leah Roper
CENTER FOR EMPLOYMENT LAW
1133 N. Portland Ave.
Oklahoma City, Oklahoma 73107

PLEASE TAKE NOTICE, pursuant to 28 U.S.C. § 1446(d), that on the 5th day of October, 2020, Defendant Elliott Electric Supply, Inc. filed with the Clerk of the United States District Court for the Western District of Oklahoma in Case No. 20-CV-01008-PRW, its Notice of Removal, together with copies of all process, pleadings, and orders served upon Defendant in the above-captioned action. A true and correct copy of the Notice of Removal is attached as Exhibit 1.

DATED this 6th day of October, 2020

Respectfully submitted,

_____
Allen L. Hutson, OBA #30118
Melissa R. McDuffey, OBA #32463
-- Of the Firm --
CROWE & DUNLEVY
A Professional Corporation

Braniff Building
324 N. Robinson Ave., Suite 100
Oklahoma City, OK 73102-8273
(405) 235-7700
(405) 239-6651 (Facsimile)
allen.hutson@crowedunlevy.com
melissa.mcduffey@crowedunlevy.com

ATTORNEYS FOR DEFENDANT ELLIOTT ELECTRIC SUPPLY, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of October, 2020, that a true and correct copy of the above and foregoing was emailed and mailed, postage prepaid, to the following attorney for Plaintiff:

D. Colby Addison
Leah M. Roper
CENTER FOR EMPLOYMENT LAW
1133 N. Portland Ave.
Oklahoma City, OK 73107
colby@centerforemploymentlaw.com
leah@centerforemploymentlaw.com

**ATTORNEYS FOR PLAINTIFF**

_____
Allen L. Hutson